[No. 38324-8-I.    Division One.    June 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY O.
THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02081-6, Mary Wicks Brucker, J., entered
March 11, 1998. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 39653-6-I.    Division One.    June 15, 1998.]

WILLIAM A. POWELL, ET AL., *Appellants*, v. THE CITY OF
PACIFIC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-27392-2, Jim Bates, J., entered October 4,
1996. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Kennedy, C.J., and Grosse, J.

[No. 40254-4-I.    Division One.    June 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY D.
ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-00613-5, Richard J. Thorpe, J.,
entered February 24, 1997. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Grosse and Cox,
JJ.

[No. 16098-0-III.    Division Three.    June 16, 1998.]

RALPH D. KELLOGG TRUST, ET AL., *Appellants*, v. GENE P.
MAYER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 94-2-01080-2, Ted W. Small, J., entered August
20, 1996. *Affirmed* by unpublished opinion per Kato, J.,
concurred in by Schultheis, C.J., and Brown, J.